B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re   Rienzi & Sons, Inc.,
          Debtor

Case No.    1-15-40926

Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Banco Popolare Account Number: c/o Wuersch & Gering Attn Fancesco Di Pietro, Esq. 100 Wall Street, 10th Floor New York, NY 10005 | Fax (212) 509-9559 | litigation | This claim is contingent, unliquidated, and disputed. | $11,000,000.00 |
| Alma Bank Account Number: 28-20 Ditmars Blvd Astoria, NY 11105 | Fax 718-721-3601 | bank loan | This claim is contingent, unliquidated, and disputed. | $3,132,715.10 |
| Franzese S.P.A (€) Account Number: 1850 Via Traversa Corso Nuovo N. 33 80036 Palma Campania Napoli, Italy | Fax 011 39 081 824 6777 | trade | | $2,233,757.36 |

B 4 (Official Form 4) (12/07)

| Creditor | Contact | Nature of Claim | Status | Amount |
|---|---|---|---|---|
| N. Puglisi & F.<br>Account Number: 3280<br>Industria Paste Alimentari, S.P.A.<br>98040 Giammoro, Pace Del Mela<br>Messina, Italy | Mandel Bhandari LLP<br>c/o Evan Mandel, Esq.<br>80 Pine Street, 33rd Floor<br>Fax: (646) 964-6667<br>New York, NY 10005 | judgement (being appealed) | This claim is contingent, unliquidated, and disputed. | $1,687,342.56 |
| La Vera Napoli<br>Account Number: 6170<br>Via Ten. Barone 26/A<br>Cercola<br>Napoli, Italy 80040 | Antonio Varetti Fax<br>011-39-081-733-1256 | trade | | $881,843.79 |
| Colombo Importing US<br>Account Number: 1090<br>181 Raritan Center Parkway, Suite 202<br>Edison, NJ 08837 | Arthur Pelliccione<br>Fax 905-850-9277 | | | $808,550.21 |
| Santander Consumer USA<br>Account Number:<br>PO Box 105255<br>Atlanta, GA 30348 | Fax 214-237-3724 | boat loan; partially secured | This claim is contingent, unliquidated, and disputed. | $741,892.15 |
| Franzese S.P.A. ($)<br>Account Number: 1851<br>Via Traversa Corso Nuovo 33<br>80036 Palma Campania<br>Napoli, Italy | | trade | | $389,896.18 |
| Matthew Rienzi Trust<br>Account Number:<br>70-04 60th Avenue<br>Maspeth, NY 11378 | | loans | | $336,472.72 |

B 4 (Official Form 4) (12/07)

| Creditor | Contact | Type | Notes | Amount |
|---|---|---|---|---|
| I Buonatavola Sini Srl ($)<br>Account Number: 4400<br>Strada Statale Cassia, KM 41<br>Nepi, Viterbo, Italy 01036 | Fax 011-39-076-157-1197 | trade | | $207,979.61 |
| Mediterranean Shipping<br>Account Number: 2950<br>420 Fifth Avenue<br>26th Floor<br>New York, New York 10018-2702 | Fax 212-764-1352 | trade | | $187,410.78 |
| Monticchio Gaudianello<br>Account Number: 8600<br>S.S. No. 401 - KM 9826<br>Melfi, Potenza, Italy 80525 | Fax 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-23260 | trade | This claim is contingent, unliquidated, and disputed. | $176,298.45 |
| Sociedad Agricola Viru S<br>Account Number:<br>Carretera Panamericana Norte, Km. 521<br>La Libertad, Peru | | trade | | $168,000.00 |
| Aunt Kitty's Foods<br>Account Number:<br>PO Box 334<br>Hanover, PA 17331 | Fax 856-696-1295 | trade | | $156,960.00 |
| Acetificio Marcello De Nigris<br>Account Number: 2810<br>Via Badagnano, 1<br>80021 Afragola, Napoli, Italy | Fax 011-39-091-852-1564 | trade | | $123,721.60 |

B 4 (Official Form 4) (12/07)

| Creditor | Fax | Type | Notes | Amount |
|---|---|---|---|---|
| Pietro Coricelli Spa<br>Account Number: 0500<br>Madonna Di Lugo<br>44,06049<br>Spoleto, Italy | Fax 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-232862 | trade | | $79,212.00 |
| Italtipici S.R.L.<br>Account Number: 0050<br>Zona - Industriale<br>Lotto 7-84021<br>Buccino, Italy | Fax 0828-958842 | trade | | $70,104.04 |
| Tomasello<br>Account Number: 2100<br>Molino E Pastificio Tomasello<br>Via Nazionale, 4-90014<br>Casteldaccia, Italy | Fax 091-954074 | trade | This claim is contingent, unliquidated, and disputed. | $66,167.96 |
| Rispoli Luigi E.C. S.R.L.<br>Account Number: 9550<br>Via Mazzini 3<br>Borgio Curilia<br>Altavilla Silentina, SA | Fax 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-987314 | trade | | $65,817.64 |
| Perano Enrico & Figli<br>Account Number:<br>Via Armando Diaz 68<br>San Valentino Torio<br>Salerno, SA | Fax 011-39-081-939344 | trade | | $63,595.39 |

Date: _____

_____<br>Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Michael Rienzi, the president of Rienzi & Sons, Inc. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

B 4 (Official Form 4) (12/07)

Date: __3 6 2015__     _____
                      Michael Rienzi, President