UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
*In re:*                                              Chapter 11

RIENZI & SONS, INC.                                   Case No. 1-15-40926-nhl

                        Debtor and
                        Debtor-in-Possession.

-------------------------------------------------------x

**ORDER AUTHORIZING DEBTOR TO (A) MAINTAIN ACTIVE BANK ACCOUNTS; (B) CONTINUE USE OF EXISTING BUSINESS FORMS; AND (C) UTILIZE ITS PRE-PETITION CASH MANAGEMENT SYSTEM**

UPON the motion of Rienzi & Sons, the within debtor and debtor-in-possession (the "Debtor"), by and through its proposed counsel, Ballon Stoll Bader & Nadler, P.C., for entry of an order authorizing Debtor to maintain certain active bank accounts, continue use of its existing business forms and utilize its pre-petition cash management system (the "Motion"); and due and proper notice of the Motion having been provided to (i) the United States Trustee for the Eastern District of New York, (ii) the Debtor's secured lender Alma Bank, (iii) the Debtor's twenty (20) largest unsecured creditors scheduled in the Debtor's creditor matrix, and (iv) parties requesting notice; and it appearing that no other or further notice need be provided; and a hearing having been held on March 10, 2015 to consider the relief requested in the Motion (the "Hearing"), at which appeared Vincent J. Roldan, Esq. on behalf of the Debtor, Nazar Khodorovsky, Esq. on behalf of the United States Trustee, Craig Flanders, Esq. on behalf of Banco Popolare Societa Cooperativa, and Michael King, Esq. on behalf of Alma Bank; and upon the record of the Hearing; and there having been no opposition to the Motion; for good cause shown, it is hereby

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that the Debtor is hereby authorized to maintain, in its sole discretion, its regular bank accounts provided that (i) the balance in either of its existing bank accounts at Alma Bank will not exceed $250,000, and (ii) to the extent that such a limit is exceeded at the end of a business day, the amount exceeding $250,000 would be deposited in either an attorney escrow account or an authorized debtor-in-possession bank account in the Eastern District of New York; and it is further

ORDERED that the Debtor shall notify the United States Trustee if the Debtor opens or closes any bank accounts; and it is further

ORDERED that any new bank accounts opened by the Debtor shall be authorized debtor-in-possession accounts in the Eastern District of New York; and it is further

ORDERED that the Debtor is authorized to continue using its existing Business Forms without alteration or change, except that the Debtor shall put a notation of "DIP" or "debtor in possession" on all of its checks issued from whatever account, as well as on its business forms, such as invoices or purchase orders; and it is further

ORDERED that the Debtor is authorized to continue to utilize its current cash management system, but only in compliance with the provisions of this Order; and it is further

ORDERED that all banks at which the Debtor's bank accounts are maintained are authorized and directed to continue to pay all checks, drafts, wires, and/or automated clearing house transfers issued on the Debtor Accounts on or after the Petition Date so long as sufficient funds are in those accounts; and it is further

ORDEDED that all banks at which the Debtor's bank accounts are maintained are authorized and directed to honor all representations from the Debtor as to which checks should be honored and dishonored; and it is further

ORDERED that all bank statements from all of the Debtor's accounts shall be attached to the Debtor's monthly operating reports; and it is further

ORDERED that a true copy of this Order shall be served on Alma Bank, the United States Trustee, the Debtor's twenty (20) largest unsecured creditors, and counsel to any official committee appointed in this case within three (3) days hereof.



Dated: March 14, 2015
Brooklyn, New York

/s/ Nancy Hershey Lord
**Nancy Hershey Lord**
**United States Bankruptcy Judge**