UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                              :

In re                                            :        Chapter 11
                                            :

RIENZI & SONS, INC.,                  :        Case No. 15-40926 (NHL)
                                            :

              Debtor.          :
                                            :
-------------------------------------------------------------x

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

       William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Rienzi & Sons, Inc.:

1.     Banco Popolare Societa Cooperative
        Piazza Nogara, 2
        37121 Verona, Italy
        Attn: Paola Maria Di Leonardo
        Tel. +39045-867-5321

2.     Franzese SPA
        Via Traverso Corso Nuovo, 33
        80036 Palma Campania, Napoli, Italy
        Attn: Franzese Salvatore Miefiele
        Tel. 0039-081-824-6505

3.     N. Puglisi & F. Industria Pasta Alimentaria S.PA.
        Studio Barila
        Via Osservatorio, 1
        98121 Messina, Italy
        Attn: Francesco Pulejo
        Tel. (212) 269-5600, ext. 200

4.     Colombo Importing US Inc.
        3700 Steeles Ave. W. Suite 702
        Woodbridge, Ontario L4L 8K8
        Attn: Patrick Pelliccione
        Tel. (905) 850-9010, ext. 2231

5.       Acetificio Marcello de Nigris SRL
          Via Badagnano, 1
          80021 Afragola – Naples, Italy
          Attn: Raffaele de Nigris
          Tel. +39 0818526000

Dated: New York, New York
       March 25, 2015

                                          WILLIAM K. HARRINGTON
                                          UNITED STATES TRUSTEE, REGION 2

                             By:    */s/ William E. Curtin*
                                          William E. Curtin (WC-1974)
                                          Trial Attorney
                                          201 Varick Street, Suite 1006
                                          New York, New York 10014
                                          212-510-0500