KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt

*Proposed Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :
                                                   :   Chapter 11
RIENZI & SONS, INC.                                :
                                                   :
                                                   :   Case No. 1-15-40926 (NHL)
                          Debtors.                 :
                                                   :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens, LLP hereby appears as counsel for the Official Committee of Unsecured Creditors. Pursuant to Rules 2002, 7005 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Klestadt Winters Jureller Southard & Stevens, LLP requests that all notices given or required to be given in these cases, and all papers served or required to be served in this case, be given and served upon the undersigned at the following office address:

Klestadt Winters Jureller Southard & Stevens, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018
Attn: Tracy L. Klestadt
(212) 972-3000
tklestadt@klestadt.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or the debtor's estate.

Dated: Brooklyn, New York
      April 6, 2015

KLESTADT & WINTERS, LLP

By: _/s/ Tracy L. Klestadt_____
     Tracy L. Klestadt
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel: (212) 972-3000
Fax: (212) 972-2245

Proposed Attorneys for the Official
Committee of Unsecured Creditors